**Certificate of Service**

I certify that this *Reply* was served through this Court's ECF procedures upon the following on June 2, 2008:

Edward Blick
619 Blick Drive
Silver Spring MD 20904

      /s/ Ari Kunofsky
      ARI D. KUNOFSKY