| a Control number | 22222 | Void ☐ | For Official Use Only ▶ OMB No. 1545-0008 | | |
|---|---|---|---|---|---|
| b Employer identification number | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld | |
| c Employer's name, address, and ZIP code | | | 3 Social security wages | 4 Social security tax withheld | |
| | | | 5 Medicare wages and tips | 6 Medicare tax withheld | |
| | | | 7 Social security tips | 8 Allocated tips | |
| d Employee's social security number | | | 9 Advance EIC payment | 10 Dependent care benefits | |
| e Employee's name (first, middle initial, last) | | | 11 Nonqualified plans | 12 Benefits included in box 1 | |
| | | | 13 See instrs. for box 13 | 14 Other | |
| | | | 15 Statutory employee ☐  Deceased ☐  Pension plan ☐  Legal rep. ☐  Deferred compensation ☐ | | |
| f Employee's address and ZIP code | | | | | |
| 16 State | Employer's state I.D. no. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |

Form **W-2** Wage and Tax Statement **1998**

Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

Copy A For Social Security Administration—Send this entire page with Form W-3 to the Social Security Administration; photocopies are **Not** acceptable.

Cat. No. 10134D

**Do NOT Cut, Staple, or Separate Forms on This Page**   **Do NOT Cut, Staple, or Separate Forms on This Page**

| a Control number | | OMB No. 1545-0008 | | | | |
|---|---|---|---|---|---|---|
| b Employer identification number | | | 1 Wages, tips, other compensation | | 2 Federal income tax withheld | |
| c Employer's name, address, and ZIP code | | | 3 Social security wages | | 4 Social security tax withheld | |
| | | | 5 Medicare wages and tips | | 6 Medicare tax withheld | |
| | | | 7 Social security tips | | 8 Allocated tips | |
| d Employee's social security number | | | 9 Advance EIC payment | | 10 Dependent care benefits | |
| e Employee's name, address, and ZIP code | | | 11 Nonqualified plans | | 12 Benefits included in box 1 | |
| | | | 13 | | 14 Other | |
| | | | 15 Statutory employee ☐ | Deceased ☐ | Pension plan ☐ | Legal rep. ☐ | Deferred compensation ☐ |
| 16 State | Employer's state I.D. no. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |

Form **W-2** Wage and Tax Statement **1998**

Department of the Treasury—Internal Revenue Service

Copy 1 For State, City, or Local Tax Department

| a Control number | | OMB No. 1545-0008 | | |
|---|---|---|---|---|
| b Employer identification number | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| c Employer's name, address, and ZIP code | | | 3 Social security wages | 4 Social security tax withheld |
| | | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's name, address, and ZIP code | | | 11 Nonqualified plans | 12 Benefits included in box 1 |
| | | | 13 See instrs. for box 13 | 14 Other |
| | | | 15 Statutory employee ☐  Deceased ☐  Pension plan ☐  Legal rep. ☐  Deferred compensation ☐ | |
| 16 State | Employer's state I.D. no. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |

Form **W-2** Wage and Tax Statement    **1998**

Copy B To Be Filed With Employee's FEDERAL Tax Return

Department of the Treasury—Internal Revenue Service

This information is being furnished to the Internal Revenue Service.

## Notice to Employee

**Refund.** Even if you do not have to file a tax return, you should file to get a refund if box 2 shows Federal income tax withheld, or if you can take the earned income credit.

**Earned income credit (EIC).** You must file a tax return if any amount is shown in box 9.

You may be able to take the EIC for 1998 if **(1)** you do not have a qualifying child and you earned less than $10,030, **(2)** you have one qualifying child and you earned less than $26,473, or **(3)** you have more than one qualifying child and you earned less than $30,095. You and any qualifying children must have valid social security numbers (SSNs). You cannot claim the EIC if your investment income is more than $2,300. **Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.** If you have at least one qualifying child, you may get as much as $1,363 of the EIC in advance by completing Form W-5.

**Clergy and religious workers.** If you are not subject to social security and Medicare taxes, see **Pub. 517,** Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file **Form W-2c,** Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or amount error reported to the SSA on Form W-2. If your name and SSN are correct but are not the same as shown on your social security card, you should ask for a new card at any SSA office or call 1-800-SSA-1213.

**Credit for excess taxes.** If you had more than one employer in 1998 and more than $4,240.80 in social security and/or tier I railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your Federal income tax. If you had more than one railroad employer and more than $2,484.30 in tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 or 1040A instructions and **Pub. 505,** Tax Withholding and Estimated Tax.

(See Instructions on back of Copy C.)

| a Control number | | OMB No. 1545-0008 | This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it. | |
|---|---|---|---|---|
| b Employer identification number | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| c Employer's name, address, and ZIP code | | | 3 Social security wages | 4 Social security tax withheld |
| | | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's name, address, and ZIP code | | | 11 Nonqualified plans | 12 Benefits included in box 1 |
| | | | 13 See instrs. for box 13 | 14 Other |
| | | | 15 Statutory employee ☐  Deceased ☐  Pension plan ☐  Legal rep. ☐  Deferred compensation ☐ | |
| 16 State  Employer's state I.D. no. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |

Form **W-2** Wage and Tax Statement **1998**

Department of the Treasury—Internal Revenue Service

Copy C For EMPLOYEE'S RECORDS (See Notice to Employee on back of Copy B.)

**Instructions** *(Also see Notice to Employee on back of Copy B)*

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the Federal income tax withheld line of your tax return.

**Box 8.** This amount is **not** included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

**Box 9.** Enter this amount on the advance earned income credit payments line of your Form 1040 or 1040A.

**Box 10.** This amount is the total dependent care benefits your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. You must complete **Schedule 2 (Form 1040A)** or **Form 2441**, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or section 457 plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457 plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount.

**Box 12.** This amount is the taxable fringe benefits included in box 1. You may be able to deduct expenses that are related to fringe benefits; see the Form 1040 instructions.

**Box 13.** The following list explains the codes shown in box 13. You may need this information to complete your tax return.

**Note:** *If a year follows code D, E, F, G, H, or S, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.*

**A**—Uncollected social security tax on tips (Include this tax on Form 1040. See "Total Tax" in Form 1040 instructions.)

**B**—Uncollected Medicare tax on tips (Include this tax on Form 1040. See "Total Tax" in Form 1040 instructions.)

**C**—Cost of group-term life insurance over $50,000 (included in box 1)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also, includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals to a section 408(k)(6) salary reduction SEP

**G**—Elective and nonelective deferrals to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan (see "Adjusted Gross Income" in Form 1040 instructions for how to deduct)

**J**—Nontaxable sick pay (not includible as income)

**K**—20% tax on excess golden parachute payments (see "Total Tax" in Form 1040 instructions)

**L**—Nontaxable part of reimbursements for substantiated employee business expense

**M**—Uncollected social security tax on cost of group-term life insurance coverage over $50,000 (former employees only) (see "Total Tax" in Form 1040 instructions)

**N**—Uncollected Medicare tax on cost of group-term life insurance coverage over $50,000 (former employees only) (see "Total Tax" in Form 1040 instructions)

**P**—Excludable moving expense reimbursements paid directly to employee (not included in box 1)

**Q**—Military employee basic quarters, subsistence, and combat zone compensation (use this amount if you qualify for EIC)

**R**—Employer contributions to your medical savings account (MSA) (see **Form 8853**, Medical Savings Accounts and Long-Term Care Insurance Contracts)

**S**—Employee salary reduction contributions to a section 408(p) SIMPLE (not included in box 1)

**T**—Adoption benefits (not included in box 1). You must complete **Form 8839**, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**Box 15.** If the "Pension plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. If the "Deferred compensation" box is checked, the elective deferrals in box 13 (codes D, E, F, G, H, and S) (for all employers, and for all such plans to which you belong) are generally limited to $10,000. Elective deferrals for section 403(b) contracts are limited to $10,000 ($13,000 in some cases; see Pub. 571). The limit for section 457(b) plans is $8,000. Amounts over these limits must be included in income. See "Wages, Salaries, Tips, etc." in the Form 1040 instructions.

**Note:** *Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits**, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year. SSA suggests you confirm your work record with them from time to time.*

| a Control number | | OMB No. 1545-0008 | | |
|---|---|---|---|---|
| b Employer identification number | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| c Employer's name, address, and ZIP code | | | 3 Social security wages | 4 Social security tax withheld |
| | | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's name, address, and ZIP code | | | 11 Nonqualified plans | 12 Benefits included in box 1 |
| | | | 13 | 14 Other |
| | | | 15 Statutory employee ☐  Deceased ☐  Pension plan ☐  Legal rep. ☐  Deferred compensation ☐ | |
| 16 State  Employer's state I.D. no. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name  20 Local wages, tips, etc. | 21 Local income tax |

Form **W-2** Wage and Tax Statement  **1998**

Department of the Treasury—Internal Revenue Service

Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return

| a Control number | | Void ☐ | OMB No. 1545-0008 | | |
|---|---|---|---|---|---|
| b Employer identification number | | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| c Employer's name, address, and ZIP code | | | | 3 Social security wages | 4 Social security tax withheld |
| | | | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number | | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's name, address, and ZIP code | | | | 11 Nonqualified plans | 12 Benefits included in box 1 |
| | | | | 13 See instrs. for Form W-2 | 14 Other |
| | | | | 15 Statutory employee ☐  Deceased ☐  Pension plan ☐  Legal rep. ☐  Deferred compensation ☐ | |
| 16 State   Employer's state I.D. no. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |

Form **W-2** Wage and Tax Statement  **1998**

Copy D For Employer



Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction
Act Notice, see separate instructions.

## Employers, Please Note—

Specific information needed to complete Form W-2 is given in a separate booklet titled **1998 Instructions for Form W-2.** You can order those instructions and additional forms by calling 1-800-TAX-FORM (1-800-829-3676).

**Due dates.** Furnish Copies B, C, and 2 to the employee generally by February 1, 1999.

File Copy A with SSA generally by March 1, 1999. Send all Copies A with **Form W-3,** Transmittal of Wage and Tax Statements.

DO NOT STAPLE

| a Control number | 33333 | For Official Use Only ▶ OMB No. 1545-0008 | | |
|---|---|---|---|---|
| b **Kind of Payer** ▶ | 941 ☐   Military ☐   943 ☐ <br> CT-1 ☐   Hshld. emp. ☐   Medicare govt. emp. ☐ | 1 Wages, tips, other compensation | 2 Federal income tax withheld | |
| | | 3 Social security wages | 4 Social security tax withheld | |
| c Total number of Forms W-2 | d Establishment number | 5 Medicare wages and tips | 6 Medicare tax withheld | |
| e Employer identification number | | 7 Social security tips | 8 Allocated tips | |
| f Employer's name | | 9 Advance EIC payments | 10 Dependent care benefits | |
| | | 11 Nonqualified plans | 12 Deferred compensation | |
| | | 13 | | |
| | | 14 | | |
| g Employer's address and ZIP code | | | | |
| h Other EIN used this year | | 15 Income tax withheld by third-party payer | | |
| i Employer's state I.D. No. | | | | |
| Contact person | Telephone number ( ) | Fax number ( ) | E-mail address | |

Under penalties of perjury, I declare that I have examined this return and accompanying documents, and, to the best of my knowledge and belief, they are true, correct, and complete.

Signature ▶                                       Title ▶                                       Date ▶

Form **W-3** Transmittal of Wage and Tax Statements  **1998**          Department of the Treasury
                                                                        Internal Revenue Service

Send this entire page with the entire Copy A page of Forms W-2 to the Social Security Administration. Photocopies are NOT acceptable. **DO NOT SEND ANY REMITTANCE (cash, checks, money orders, etc.) WITH FORMS W-2 AND W-3.**

## Change To Note

**New boxes.** At the bottom of the form above the signature area, boxes were added to enter the name of a contact person and that person's phone or fax number and e-mail address. This data may be used by the SSA if more information is needed during processing.

## Need Help?

For information about the information reporting call site, bulletin board services, substitute forms, and how to get forms and publications, see the **1998 Instructions for Form W-2.**

## Where To File

Send the entire first page of this form with the entire Copy A page of Forms W-2 to:

Social Security Administration
Data Operations Center
Wilkes-Barre, PA 18769-0001

**Note:** *If you use "Certified Mail" to file, change the ZIP code to "18769-0002." Also see* **Shipping and Mailing** *on page 2 for additional information. If you use an IRS approved private delivery service, add "ATTN: W-2 PROCESS, 1150 E. Mountain Dr." to the address and change the ZIP code to "18702-7997." See Circular E for a list of IRS approved private delivery services.*

**For Privacy Act and Paperwork Reduction Act Notice, see the 1998 Instructions for Form W-2.**

Cat. No. 10159Y

| a | Control number | | | | OMB No. 1545-0008 | | | |
|---|---|---|---|---|---|---|---|---|
| b | **Kind of Payer** ▶ | 941 ☐ CT-1 ☐ | Military ☐ Hshld. emp. ☐ | 943 ☐ Medicare govt. emp. ☐ | | 1 Wages, tips, other compensation | 2 Federal income tax withheld | |
| | | | | | | 3 Social security wages | 4 Social security tax withheld | |
| c | Total number of Forms W-2 | | d | Establishment number | | 5 Medicare wages and tips | 6 Medicare tax withheld | |
| e | Employer identification number | | | | | 7 Social security tips | 8 Allocated tips | |
| f | Employer's name | | | | | 9 Advance EIC payments | 10 Dependent care benefits | |
| | | | | | | 11 Nonqualified plans | 12 Deferred compensation | |
| | **YOUR COPY** KEEP FOR YOUR RECORDS | | | | | 13 | | |
| | | | | | | 14 | | |
| g | Employer's address and ZIP code | | | | | | | |
| h | Other EIN used this year | | | | | 15 Income tax withheld by third-party payer | | |
| i | Employer's state I.D. No. | | | | | | | |

Form **W-3** Transmittal of Wage and Tax Statements  1998    Department of the Treasury
Internal Revenue Service

## General Instructions

**Purpose of form.** Use this form to transmit Copy A of Forms W-2. Keep page 2 (Your Copy) of Form W-3 and Copy D (For Employer) of Forms W-2 for your records. Use Form W-3 for the correct year.

**Who must file.** Employers and other payers must file Form W-3 to send Copy A of Forms W-2.

A **household employer** must file a Form W-3 even if only filing a single Form W-2.

A transmitter or sender (including a service bureau, paying agent, or disbursing agent) may sign Form W-3 for the employer or payer only if the sender:

**1.** Is authorized to sign by an agency agreement (either oral, written, or implied) that is valid under state law and

**2.** Writes "For (name of payer)" next to the signature.

If an authorized sender signs for the payer, the payer is still responsible for filing, when due, a correct and complete Form W-3 and related Forms W-2, and is subject to any penalties that result from not complying with these requirements. Be sure the payer's name and employer identification number (EIN) on Forms W-2 and W-3 are the same as those used on the Form 941, 943, or CT-1 filed by or for the payer.

**Shipping and mailing.** If you file more than one type of employment tax form, please group Forms W-2 of the same type, with a separate Form W-3 for each type, and send them in separate groups. See the specific instructions for box b.

**Please do not staple or tape Form W-3 to the related Forms W-2 or Forms W-2 to each other.** These forms are machine read. Staple holes or tears cause the machine to jam.

If you have a large number of Forms W-2 to send with one Form W-3, you may send them in separate packages. Show your name and EIN on each package. Number them in order (1 of 4, 2 of 4, etc.) and place Form W-3 in package 1. Show the number of packages at the bottom of Form W-3 below the title. If you mail them, you must send them First-Class.

**Note:** *Extra postage may be necessary if the report you send contains more than a few pages or if the envelope is larger than letter size.*

**When to file.** File Form W-3 with Copy A of Forms W-2 by March 1, 1999. You may owe a penalty for each Form W-2 you file late.

**Extension to file.** See the **1998 Instructions for Form W-2.**

**Magnetic media reporting.** If you are required to file 250 or more Forms W-2, you must file them on magnetic media. You may be charged a penalty if you fail to file on magnetic media when required.

If you are filing Forms W-2 using magnetic media, you will need **Form 6559,** Transmitter Report and Summary of Magnetic Media, and you may also need **Form 6559-A,** Continuation Sheet for Form 6559. Do not use Form W-3.

If you file on magnetic media, do not file the same returns on paper.

A waiver from filing on magnetic media can be requested on **Form 8508,** Request for Waiver From Filing Information Returns on Magnetic Media. That form must be submitted to the IRS at least 45 days before the due date of the return. Get Form 8508 for filing information.

**Making corrections.** Use **Form W-3c,** Transmittal of Corrected Wage and Tax Statements, to make corrections to a previously filed Form W-3.

## Specific Instructions

**This form is read by machines, so please type entries if possible. Send the entire first page of this form with Copy A of Forms W-2. Make all dollar entries without the dollar sign and comma but with the decimal point (00000.00).**

**Note:** *Amounts reported on related employment tax forms (W-2, 941, or 943) should agree with the amounts reported on Form W-3. If there are differences, you may be contacted by the IRS and SSA. You should retain your reconciliation for future reference. See **Reconciling Forms W-2, W-3, 941, and 943** on page 3.*

The following instructions are for the boxes on Form W-3. If any entry does not apply, leave it blank.

**Box a—Control number.** This is an optional box that you may use for numbering the whole transmittal.

**Box b—Kind of Payer.** Mark the checkbox that applies to you. **Mark only one box.** If you have more than one type of Form W-2, send each type with a separate Form W-3.

  *941.* Mark this box if you file **Form 941,** Employer's Quarterly Federal Tax Return, and no other category applies.

  *Military.* Mark this box if you are a military employer sending Forms W-2 for members of the uniformed services.

  *943.* Mark this box if you file **Form 943,** Employer's Annual Tax Return for Agricultural Employees, and you are sending Forms W-2 for agricultural employees. For nonagricultural employees, send their Forms W-2 with a separate Form W-3.

  *CT-1.* Mark this box if you are a railroad employer sending Forms W-2 for employees covered under the Railroad Retirement Tax Act (RRTA). **Do not** show employee RRTA tax in boxes 3 through 7. These boxes are ONLY for social security and Medicare information. If you also have employees who are subject to social security and Medicare taxes, send each group's Forms W-2 with a separate Form W-3. Mark the 941 box on the Form W-3 used to send the Forms W-2 for employees subject to social security and Medicare taxes.

  *Hshld. emp.* Mark this box if you are a household employer sending Forms W-2 for household employees.

  *Medicare government employee.* Mark this box if you are a U.S., state, or local agency filing Forms W-2 for employees subject only to the 1.45% Medicare tax. See **Government employers** in the **Instructions for Form W-2** for additional information.

**Box c—Total number of Forms W-2.** Show the number of completed individual Forms W-2 you are transmitting with this Form W-3. Do not count void forms.

**Box d—Establishment number.** You may use this box to identify separate establishments in your business. You may file a separate Form W-3, with Forms W-2, for each establishment even if they all have the same EIN; or you may use a single Form W-3 for all Forms W-2 of the same type.

**Box e—Employer identification number.** Enter the nine-digit number assigned to you by the IRS. The number should be the same as shown on your Form 941, 943, or CT-1 and in the following format: 00-0000000. **Do not use a prior owner's EIN. See Box h below.** If available, use the label sent to you with Pub. 393 that shows your name, address, and EIN. Place the label at the top of box e in the space provided. Use of the label speeds processing. Make any necessary corrections on the label.

If you do not have an EIN when filing your Form W-3, enter "Applied For" in box e, not your social security number.

**Box f—Employer's name.** This entry should be the same as that shown on your Form 941, 943, or CT-1. If available, use the label sent to you with Pub. 393.

**Box g—Employer's address and ZIP code.** If available, use the label sent to you with Pub. 393. Make any necessary corrections on the label. Otherwise, enter your address. See **Box e** above.

**Box h—Other EIN used this year.** If you have used an EIN (including a prior owner's EIN) on Form 941, 943, or CT-1 submitted for **1998** that is different from the EIN reported on Form W-3 in box e, enter the other EIN used. In addition, agents must report the employer's EIN in box h (see the Instructions for Form W-2).

**Box i—Employer's state I.D. number.** This number is assigned by the individual states where your business is located. You may want to complete this box if you use copies of this form for your state returns. If reporting for two states, enter each I.D. number separated by the broken line.

**Note:** *The amounts to enter in boxes 1 through 15 are totals only from the Forms W-2 you are sending with this Form W-3.*

**Contact person, telephone number, Fax number, and E-mail address.** Please enter this information, in case any questions arise during processing.

**Boxes 1 through 10.** Enter the totals reported in boxes 1 through 10 on Forms W-2 being transmitted.

**Box 11—Nonqualified plans.** Enter the total amounts reported in box 11 on Forms W-2. Do not show a code.

**Box 12—Deferred compensation.** Enter the total of the amounts reported with codes D-H and S in box 13 on Forms W-2. Do not list each code separately. Report these amounts as one total on Form W-3 without a code.

**Box 15—Income tax withheld by third-party payer.** Complete this box if you have employees who had income tax withheld on third-party payments of sick pay. Show the total income tax withheld by third-party payers on payments to all your employees. Although this tax is included in the box 2 total, it must be separately shown here.

**Sick pay.** Sick pay paid to an employee by a third-party, such as an insurance company or trust, requires special treatment at year end because the IRS reconciles your Forms 941 with the Forms W-2 and W-3 filed. If the third-party payer does not notify the employer about sick pay payments, the third-party payer must prepare Forms W-2 and W-3 with respect to the employee. See **Sick Pay Reporting** in **Pub. 15-A,** Employer's Supplemental Tax Guide.

**Reconciling Forms W-2, W-3, 941, and 943**

When there are discrepancies between amounts reported on Forms 941 or 943 filed with the IRS and Forms W-2 and W-3 filed with the SSA, we must contact you to resolve the discrepancies. This costs time and money, both for the Government and the employer.

To help eliminate errors that can cause discrepancies—

**1.** Report bonuses as wages and as social security and Medicare wages on Forms W-2 and 941/943.

**2.** Report both social security and Medicare wages and taxes separately on Forms W-2, W-3, and 941/943.

**3.** Report social security taxes on Form W-2 in the box for social security tax withheld, not as social security wages.

**4.** Report Medicare taxes on Form W-2 in the box for Medicare tax withheld, not as Medicare wages.

**5.** Make sure the social security wage amount for each employee does not exceed the annual social security wage base.

**6.** Do not report noncash wages that are not subject to social security or Medicare taxes as social security or Medicare wages.

**7.** If you use an EIN on any quarterly Form 941 for the year (or annual Form 943) that is different from the EIN reported in box e on Form W-3, enter the other EIN in box h on Form W-3.

To reduce the discrepancies between amounts reported on Forms W-2, W-3, and Form 941/943—

**1.** Be sure the amounts on Form W-3 are the total amounts from Forms W-2.

**2.** Reconcile Form W-3 with your four quarterly Forms 941 (or annual Form 943) by comparing amounts reported for—

● Income tax withholding.

● Social security wages, social security tips, and Medicare wages and tips. Form W-3 should include Form 941 or 943 adjustments only for the current year. If the Form 941 or 943 adjustments include amounts for a prior year, do not report those adjustments on the current year Forms W-2 and W-3.

● Social security taxes and Medicare taxes. The amounts shown on the four quarterly Forms 941 (or annual Form 943), including current year adjustments, should be approximately twice the amounts shown on Form W-3.

● Advance earned income credit.

Amounts reported on Forms W-2, W-3, and 941/943 may not match for valid reasons. If they do not match, you should determine that the reasons are valid. Keep your reconciliation in case there are inquiries from the IRS or the SSA.



Page 3